IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| CENTRAL BRIDGE COMPANY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XL INSURANCE AMERICA, INC. )<br>)<br>Defendant. ) | CAUSE NO. 1:25-cv-00010-GNS-HBB<br><br>Removed from Metcalfe Circuit Court<br>Civil Action No. 24-CI-00170 |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the Parties' Joint Motion to Stay. Based on the agreements and representations of the Parties in the Joint Motion, and the Court being in all ways sufficiently advised and informed, it is hereby ordered as follows:

1. The Joint Motion to Stay is hereby GRANTED.

2. All court proceedings and court filing deadlines associated with this litigation shall be held in abeyance during the pendency of the Stay.

3. Within thirty (30) days of entry of a judgment in the Underlying Action, the Plaintiff and Defendant shall jointly notify this Court so that the case can be returned to the active docket.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

March 20, 2025